LAW OFFICES OF PERRY C. WANDER
Perry C. Wander (SBN: 102523)
9454 Wilshire Boulevard, Penthouse
Beverly Hills, California 90212
Telephone: 310-274-9985
Facsimile: 310-274-9987
Email: pcwlaw@msn.com

Attorney for Plaintiff, Inner Game Resources, Inc.

KILPATRICK TOWNSEND & STOCKTON LLP
Charles Hooker (admitted pro hac vice)
Nichole Davis Chollet (admitted pro hac vice)
1801 Century Park East, Suite 2300
Los Angeles, CA  90067
Telephone: 310-248-3830
Facsimile: 310-860-0363
chooker@kilpatricktownsend.com
nchollet@kilpatricktownsend.com

Attorneys for adidas America, Inc and adidas AG

JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INNER GAME RESOURCES, INC.,<br><br>  Plaintiff,<br><br>  VS.<br><br>ADIDAS AMERICA, INC. ET. AL.,<br><br>  Defendants. | Civil Action No. 2:20cv09938CAS(PVCx)<br><br>Assigned to Hon. Christina A. Snyder<br>Referred to Hon. Pedro V. Castillo<br><br>**ORDER ON STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE OF ACTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(A)(ii)** |

Pursuant to the Joint Stipulation For Voluntary Dismissal filed by INNER GAME RESOURCES, INC., and Defendants ADIDAS AMERICA, INC. and ADIDAS AMERICA, AG, through their respective counsel of record, and Federal Rule of Civil Procedure 41(a)(A)(ii), the court hereby dismisses with prejudice the complaint on file herein, and orders each party to pay their own costs.

Dated: June 8, 2022

_____
Hon. Christina A. Snyder

-1-

ORDER ON VOLUNTARY DISMISSAL WITH PREJUDICE OF ACTION